UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Saeed Ahmed-Moghal                                                  Date: May 20, 2019
    Case No. 16-16445

To:

    Jason M. Rapa, Esq.

### NOTICE OF INACCURATE FILING

    Re:         Amended Chapter 13 Plan

The above pleading was filed in this office on May 14, 2019. Please be advised that the following document(s) filed contains a deficiency as set forth below:

- (  ) Debtor's name does not match case number listed
- (  ) Debtor's name and/or case number (is) are missing
- (  ) Wrong PDF document attached
- (  ) PDF document not legible
- (  ) Notice of Motion/Objection.
- (  ) Document must be re-filed to correct error.
- **( X ) Other - There was no e-signature and date on the Chapter 13 Plan. Please add the e-signature and date. Send the corrected PDF file to my e-mail address listed below - please do not re-enter the entry.**

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice. All replies with appropriate corrections should be submitted to the e-mail address of **lisa_henry@paeb.uscourts.gov** . Otherwise, the matter will be referred to the Court.

                                                                            Timothy B. McGrath
                                                                            Clerk

                                                                            By: /s Lisa Henry
                                                                            Deputy Clerk

CM-ECF 5 day notice.frm
4/10/03