UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | Saeed Ahmed-Moghal | : | Chapter 13 |
| | | : | |
| | Debtor. | : | Case No.: 16-16445 |

### ORDER

AND NOW, upon consideration of the Application by Debtor's Chapter 13 Counsel

Pursuant to Local Rule 2016.2, for compensation  and, in the absence of objection and, good

cause existing for the approval thereof,

IT IS HEREBY ORDERED that the compensation charged by the counsel for the

Debtor, Jason M. Rapa, Esquire, in the amount of Four Thousand and xx/00 Dollars

($4,000), of which One Thousand Five Hundred and xx/00 Dollars ( $1,500.00)   has

been paid and   Two Thousand Five Hundred and xx/00 Dollars ($2,500.00) is to be paid

and the same is hereby approved.

BY THE COURT:

**Date: May 23, 2019**

_____
                                          J.