United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-16445-ref
Saeed Ahmed-Moghal                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 1            Date Rcvd: May 23, 2019
                              Form ID: 155             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
db             +Saeed Ahmed-Moghal,   1420 West Walnut St,   Allentown, PA 18102-4424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company ecfmail@mwc-law.com
              FRANCIS THOMAS TARLECKI    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company ecfmail@ecf.courtdrive.com,   ecfmail@mwc-law.com
              HEATHER STACEY RILOFF    on behalf of Creditor    Seterus, Inc. heather@mvrlaw.com,
               Michelle@mvrlaw.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Public Asset Management, Inc.
               jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Allentown jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JASON M. RAPA    on behalf of Debtor Saeed  Ahmed-Moghal jrapa@rapalegal.com,
               mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
              JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. Jeniece@MVRLAW.COM,   bonnie@mvrlaw.com
              JOHN W. ASHLEY    on behalf of Creditor    Salisbury Township jashley@davisonmccarthy.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company kbuttery@rascrane.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company raykemp1006@gmail.com,   raykemp1006@gmail.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 16

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Saeed Ahmed−Moghal
        Debtor(s)

Chapter: 13

Bankruptcy No: 16−16445−ref

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this May 23, 2019 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Richard E. Fehling
                                        Chief Judge ,
                                        United States Bankruptcy Court

                                                        133
                                                        Form 155