**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Saeed Ahmed-Moghal | : | CHAPTER 13 |
| Debtor | : | |
| Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor, its successors and assigns | : | BANKRUPTCY NO. 16-16445 |
| | : | 11 U.S.C. §362 (d)(1) |
| Movant, | : | |
| v. | : | HEARING DATE: 4/5/2018 |
| Saeed Ahmed-Moghal | : | |
| Respondent | : | HEARING TIME: 9:30 A.M. |
| Frederick L. Reigle, Esquire, Trustee | : | COURTROOM #1 |
| Additional Respondent | : | |

**ORDER**

**AND NOW**, this      day of            , 2018, upon motion of Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor, its successors and assigns, for relief from the Automatic Stay, it is

**ORDERED AND DECREED THAT**: The Automatic Stay of all proceedings, as provided under 11 U.S.C. 362(d)(1), is modified with respect to the premises: **1607 East Emmaus Avenue, Allentown, PA 18103**, That Movant may take such actions with respect to the real property as are set forth under applicable non-bankruptcy law.  The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.  The relief granted by this order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Bankruptcy Rule 4001(a)(3).

**Date: June 10, 2019**

_____
**UNITED STATES BANKRUPTCY JUDGE**

Copies to:
Martha E. Von Rosenstiel, P.C.
649 South Avenue, Unit 6
Secane, PA 19018
(610) 328-2887

Saeed Ahmed-Moghal
1420 West Walnut Street
Allentown, PA 18102

Jason M. Rapa
141 S. 1st Street
Lehighton, PA 18235

Frederick L. Reigle, Esquire
P.O. Box 4010
 Reading, PA 19606

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107