United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Saeed Ahmed-Moghal
    Debtor

Case No. 16-16445-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Randi     Page 1 of 1     Date Rcvd: Jun 10, 2019
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2019.
db            +Saeed Ahmed-Moghal,    1420 West Walnut St,    Allentown, PA 18102-4424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2019 at the address(es) listed below:
        CELINE P. DERKRIKORIAN    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage Company ecfmail@mwc-law.com
        FRANCIS THOMAS TARLECKI    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage Company ecfmail@ecf.courtdrive.com,   ecfmail@mwc-law.com
        HEATHER STACEY RILOFF    on behalf of Creditor    Seterus, Inc. heather@mvrlaw.com, Michelle@mvrlaw.com
        JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
        JAMES RANDOLPH WOOD    on behalf of Creditor    Public Asset Management, Inc. jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
        JAMES RANDOLPH WOOD    on behalf of Creditor    City of Allentown jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
        JASON M. RAPA    on behalf of Debtor Saeed   Ahmed-Moghal jrapa@rapalegal.com, mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
        JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. Jeniece@MVRLAW.COM,   bonnie@mvrlaw.com
        JOHN W. ASHLEY    on behalf of Creditor    Salisbury Township jashley@davisonmccarthy.com
        KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
        KEVIN M. BUTTERY    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage Company kbuttery@rascrane.com
        KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        LORRAINE GAZZARA DOYLE    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE") ldoyle@pincuslaw.com
        RAYMOND M. KEMPINSKI    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage Company raykemp1006@gmail.com,   raykemp1006@gmail.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                         TOTAL: 17

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Saeed Ahmed-Moghal :              Debtor : | CHAPTER 13 |
| Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor, its successors and assigns : : : : | BANKRUPTCY NO. 16-16445  11 U.S.C. §362 (d)(1) |
| Movant, : v. : | HEARING DATE: 4/5/2018 |
| Saeed Ahmed-Moghal :              Respondent : | HEARING TIME:  9:30 A.M. |
| Frederick L. Reigle, Esquire, Trustee :              Additional Respondent : | COURTROOM #1 |

**ORDER**

 **AND NOW**, this     day of           , 2018, upon motion of Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor, its successors and assigns, for relief from the Automatic Stay, it is

 **ORDERED AND DECREED THAT**:  The Automatic Stay of all proceedings, as provided under 11 U.S.C. 362(d)(1), is modified with respect to the premises:  <u>**1607 East Emmaus Avenue, Allentown, PA 18103**</u>, That Movant may take such actions with respect to the real property as are set forth under applicable non-bankruptcy law.  The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.  The relief granted by this order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Bankruptcy Rule 4001(a)(3).

**Date: June 10, 2019**

_____
**UNITED STATES BANKRUPTCY JUDGE**

Copies to:
Martha E. Von Rosenstiel, P.C.
649 South Avenue, Unit 6
Secane, PA 19018
(610) 328-2887

Saeed Ahmed-Moghal
1420 West Walnut Street
Allentown, PA 18102

Jason M. Rapa
141 S. 1st Street
Lehighton, PA 18235

Frederick L. Reigle, Esquire
P.O. Box 4010
 Reading, PA 19606

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107