## UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Saeed Ahmed-Moghal,                      :
                    Debtor              :
Seterus, Inc., as the authorized sub servicer for     :
Federal National Mortgage Association            :
("Fannie Mae"), creditor                         :
               Movant,            :
      v.                                         :
Saeed Ahmed-Moghal                               :     CHAPTER 13
             Respondent          :
Frederick L. Reigle, Esquire                     :     BANKRUPTCY NO. 16-16445
          Additional Respondent:

### ORDER

      **AND NOW**, this ____ day of June, 2019, the Court having been informed of a clerical error listing the incorrect property in this matter, this is **HEREBY ORDERED** that:

1.  The **ORDER** dated June 10, 2019 (Doc. No. 139), is **VACATED**.

2.  The automatic stay of all proceedings, as provided under 11 U.S.C. § 362, is modified with respect to the premises at **1533 East Emmaus Avenue, Allentown, PA 18103**.  Movant may take such actions with respect to the real property as are set forth under the applicable non-bankruptcy law.  The relief granted by this **ORDER** shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

3.  The relief granted by this **ORDER** shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Bankruptcy Rule 4001(a)(3).

                                      _____
                                        Ashely M. Chan
                                        United States Bankruptcy Judge

Copies to:
Lorraine Gazzara Doyle, Esquire
Martha E. Von Rosenstiel, P.C.
649 South Avenue
Secane, PA  19018

Scott Waterman, Trustee
2901 St. Lawrence Avenue
Reading, PA  19606

Saeed Ahmed-Moghal
1420 West Walnut Street
Allentown, PA  18102

Jason M. Rapa
141 S. 1st Street
Lehighton, PA  18235