United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 16-16445-amc
Saeed Ahmed-Moghal                                                  Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4       User: Antoinett       Page 1 of 1            Date Rcvd: Jun 17, 2019
                           Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2019.
13858429       +Seterus, Inc., as the authorized subservicer for F,    P.O. Box 1047,    Hartford, CT 06143-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company ecfmail@mwc-law.com
              FRANCIS THOMAS TARLECKI    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company ecfmail@ecf.courtdrive.com,   ecfmail@mwc-law.com
              HEATHER STACEY RILOFF    on behalf of Creditor    Seterus, Inc. heather@mvrlaw.com,
               Michelle@mvrlaw.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Public Asset Management, Inc.
               jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Allentown jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JASON M. RAPA    on behalf of Debtor Saeed  Ahmed-Moghal jrapa@rapalegal.com,
               mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
              JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. Jeniece@MVRLAW.COM,  bonnie@mvrlaw.com
              JOHN W. ASHLEY    on behalf of Creditor    Salisbury Township jashley@davisonmccarthy.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company kbuttery@rascrane.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LORRAINE GAZZARA DOYLE    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE
               MAE") ldoyle@pincuslaw.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company raykemp1006@gmail.com,   raykemp1006@gmail.com
              SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 17

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 16-16445-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Saeed Ahmed-Moghal
1420 West Walnut St
Allentown PA 18102

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/13/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: Seterus, Inc., as the authorized subservicer for F, P.O. Box 1047, Hartford, CT 06143 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619094<br>Dallas, TX 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/19/19

Tim McGrath
**CLERK OF THE COURT**