United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 16-16445-amc
Saeed Ahmed-Moghal                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Randi              Page 1 of 3             Date Rcvd: Aug 19, 2019
                              Form ID: 138NEW          Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2019.
```
db             +Saeed Ahmed-Moghal,    1420 West Walnut St,    Allentown, PA 18102-4424
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +Allentown School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr             +Public Asset Management, Inc.,    assignee of the Allentown School Distric,
                 c/o Portnoff Law Associates Ltd.,    PO Box 3020,    Norristown, PA 19404-3020
cr             +Salisbury Township,    c/o John W. Ashley, Esquire,    Davison & McCarthy, PC,    Two City Center,
                 645 Hamilton Street, Suite 510,    Allentown, PA 18101-2109
13834164       +Allentown School District and Public Asset Managem,    c/o Portnoff Law Associates, Ltd.,
                 P.O. Box 3020,    Norristown, PA 19404-3020
13808260       +Amanda Marcks,    1533 E Emmaus Ave,    Allentown, PA 18103-8305
13808261       +Amanda Marcks,    1533 East Emmaus,    Allentown, PA 18103-8305
13808262        Apex Asset Management,    1286 Carmichael Way,    Montgomery, AL 36106-3645
13808265       +Carmen Rodriquez-Nieves,    141 S Penn St,    Allentown, PA 18102-5448
13808267       +Champion Mortgage Reverse Mortgage,    3900 Capital City Blvd,    Lansing, MI 48906-2147
13808268       +Citicards CBNA,    701 E. 60th St. N,    Sioux Falls, SD 57104-0432
13808269       +City of Allentown,    435 Hamilton St., Room 215,    Allentown, PA 18101-1603
13808270       +City of Allentown,    435 W. Hamilton St.,,    Allentown, PA 18101-1603
13834163       +City of Allentown,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13808273       +City of Bethlehem,    10 E Church St,    Bethlehem, PA 18018-6028
13808275       +FC&A,    103 Clover Green,    Peachtree City, GA 30269-1664
13808276       +Fitzpatrick Lentz & Bubba,    4001 School house lane,    PO Box 219,
                 Center Valley, PA 18034-0219
13808277       +Gastroenterology Assoc,    3131 College Heights,    Allentown, PA 18104-4893
13808278       +Hayt Hayt & Landau,    2 Industrial Way WEST,    Po Box 500,    Eatontown, NJ 07724-0500
13808279       +Health Network Labratories,    2024 Lehigh St,    Allentown, PA 18103-4938
13808280       +Joe Vasquez,    750 S 8th St,    Allentown, PA 18103-3239
13808281       +Jose Vasquez,    750 S 8th St,    Allentown, PA 18103-3239
13808282       +Joseph Bernstein, MD,    2204 Walbert Ave,    Allentown, PA 18104-1439
14289654       +Kevin G. McDonald, Esquire c/o Nationstar Mortgage,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
13808294       +Lehigh County Tax Claim Bureau,    1170 Highway 315, Suite 2,    Plains PA 18702-6906
13808284       +Lehigh Valley Eye Center,    400 N 17th St Ste 101,    Allentown, PA 18104-5099
13808285       +Lehigh Valley Physicians Group,    PO Box 1754,    Allentown, PA 18105-1754
13808287       +Lynette Minnich,    230 N Church St,    Allentown, PA 18102-4102
13799639       +Nationstar Mortgage LLC,    d/b/a Champion Mortgage Company,    McCabe, Weisberg & Conway PC,
                 123 South Broad Street, Ste 1400,    Philadelphia, PA 19109-1060
14290064       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Shapiro & DeNardo, LLC,    3600 Horizon Drive,
                 Suite 150,    King of Prussia, PA 19406-4702
14290173       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
14324800       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
14341701       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9094
13869234       +Nationstar Mortgage LLC dba Champion Mortgage Comp,    8950 Cypress Waters Boulevard,
                 Coppell, TX 75019-4620
13808293       +North East Revenue Service LLC,    17 S 7th St,    Room 120,    Allentown, PA 18101-2401
13808297        PPL,    P.O. Box 25239,    Lehigh Valley, PA 18002-5239
13848918       +PPL Electric Utilities,    827 Hauman Road,    Allentown PA 18104-9392
13808295       +Portonoff Law Associates,    1000 Sandy Hill Rd,    Norristown, PA 19401-4181
13808301      ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Seterus,    14523 SW Millikan Way Ste 200,    Beaverton, OR 97005)
13808299       +Salisbury Township,    John W. Ashley, Esquire,    645 Hamilton Street, Suite 510,
                 Allentown, PA 18101-2109
13851431       +Seterus, Inc., as the authorized subservicer,    for Federal National Mortgage Associatio,
                 P.O. Box 1047,    Hartford, CT 06143-1047
13858429       +Seterus, Inc., as the authorized subservicer for F,    P.O. Box 1047,    Hartford, CT 06143-1047
13808304       +St Lukes Physician Group,    2223 Linden St Unit 2,    Bethlehem, PA 18017-4806
13808305       +St Lukes University,    Lock Box 9132,    PO Box 8500,    Philadelphia, PA 19178-8500
13808307       +Torres Credit Services,    27 Fairview,    Carlisle, PA 17015-3200
13808309       +Web Bank,    PO Box 81607,    Austin, TX 78708-1607
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 20 2019 03:18:47
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 20 2019 03:19:00     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13808263       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Aug 20 2019 03:19:15
                 Berks Credit & Collection,    900 Corporate Drive,    Reading, PA 19605-3340
```

```
District/off: 0313-4           User: Randi                 Page 2 of 3                  Date Rcvd: Aug 19, 2019
                               Form ID: 138NEW             Total Noticed: 59
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13808264       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 20 2019 03:10:13
                 Capital One Bank USA N.A,    PO Box 30281,   Salt Lake City, UT 84130-0281
13808289       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 20 2019 03:18:55      Midland Funding LLC,
                 2365 Northside Dr., Suite 300,   San Diego, CA 92108-2709
13808300       +E-mail/Text: lforthman@salisburytownshippa.org Aug 20 2019 03:19:12      Salisbury Township,
                 2900 S Pike Ave,    Allentown, PA 18103-7633
14292455       +E-mail/Text: bknotices@snsc.com Aug 20 2019 03:19:11
                 U.S. Bank Trust National Association as Trustee,    of Chalet Series III Trust,
                 c/o SN Servicing Corporation,    323 Fifth Street,    Eureka, CA 95501-0305
13808308       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 20 2019 03:18:37
                 Verizon,   500 Technology Dr., Ste 300,   Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              U.S. Bank Trust National Association as Trustee of
cr*            +City of Allentown,   c/o Portnoff Law Associates, Ltd.,   P.O. Box 3020,
                 Norristown, PA 19404-3020
13808266*      +Carmen Rodriquez-Nieves,    141 S Penn St,   Allentown, PA 18102-5448
13808271*      +City of Allentown,   435 W. Hamilton St.,,   Allentown, PA 18101-1603
13808272*      +City of Allentown,   435 W. Hamilton St.,,   Allentown, PA 18101-1603
13808274*      +City of Bethlehem,   10 E Church St,   Bethlehem, PA 18018-6028
13808286*      +Lehigh Valley Physicians Group,    PO Box 1754,   Allentown, PA 18105-1754
13808288*      +Lynette Minnich,    230 N Church St,   Allentown, PA 18102-4102
13808290*      +Midland Funding LLC,   2365 Northside Dr., Suite 300,    San Diego, CA 92108-2709
13808292*      +Nadine Gunn,    229 N 2nd St,   Allentown, PA 18102-3524
13818235*      +North East Revenue Service LLC,    17 S 7th St,   Room 120,   Allentown, PA 18101-2401
13808296*      +Portonoff Law Associates,    1000 Sandy Hill Rd,   Norristown, PA 19401-4181
13808302*     ++SETERUS INC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:  Seterus,    14523 SW Millikan Way Ste 200,    Beaverton, OR 97005)
13808303*     ++SETERUS INC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court:  Seterus,    14523 SW Millikan Way Ste 200,    Beaverton, OR 97005)
13869683*      +Seterus, Inc., as the authorized subservicer for F,    P.O. Box 1047,   Hartford, CT 06143-1047
13808306*      +St Lukes University,    Lock Box 9132,   PO Box 8500,   Philadelphia, PA 19178-8500
13808283      ##+Lehigh Valley Diagnostic,    PO Box 3449,   Allentown, PA 18106-0449
13808291      ##+Nadine Gunn,    229 N 2nd St,   Allentown, PA 18102-3524
13808298      ##+Progressive Physicians Associates,    PO Box 4338,   Columbus, GA 31914-0338
                                                                                         TOTALS: 1, * 15, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2019 at the address(es) listed below:
```
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company ecfmail@mwc-law.com
              FRANCIS THOMAS TARLECKI    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company ecfmail@ecf.courtdrive.com, ecfmail@mwc-law.com
              HEATHER STACEY RILOFF    on behalf of Creditor    Seterus, Inc. heather@mvrlaw.com,
               Michelle@mvrlaw.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Public Asset Management, Inc.
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
```

```
District/off: 0313-4          User: Randi              Page 3 of 3              Date Rcvd: Aug 19, 2019
                              Form ID: 138NEW          Total Noticed: 59
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Allentown jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JASON M. RAPA    on behalf of Debtor Saeed  Ahmed-Moghal jrapa@rapalegal.com,
               mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
              JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. Jeniece@MVRLAW.COM,  bonnie@mvrlaw.com
              JOHN W. ASHLEY    on behalf of Creditor    Salisbury Township jashley@davisonmccarthy.com
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              KEVIN M. BUTTERY    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company kbuttery@rascrane.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LORRAINE GAZZARA DOYLE    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE
               MAE") ldoyle@pincuslaw.com
              RAYMOND M. KEMPINSKI    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company raykemp1006@gmail.com,  raykemp1006@gmail.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 17

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Saeed Ahmed–Moghal
      Debtor(s)                                    Bankruptcy No: 16–16445–amc
                                                              Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                        400 Washington Street
                              Suite 300
                         Reading, PA 19601

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                 For The Court
                                                             Timothy B. McGrath
                                                               Clerk of Court

Dated: 8/19/19

                                                                                                147 – 146
                                                                                             Form 138_new