Certificate Number: 14912-PAE-DE-033319700

Bankruptcy Case Number: 16-16445



14912-PAE-DE-033319700

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 28, 2019, at 6:25 o'clock PM EDT, Saeed Moghal completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  August 28, 2019                    By:    /s/Jai Bhatt

                                          Name:  Jai Bhatt

                                          Title: Counselor