United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-16445-amc
Saeed Ahmed-Moghal                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Randi              Page 1 of 1            Date Rcvd: Oct 02, 2019
                       Form ID: 195              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2019.
db             +Saeed Ahmed-Moghal,    1420 West Walnut St,    Allentown, PA 18102-4424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2019 at the address(es) listed below:
      CELINE P. DERKRIKORIAN    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
      Company ecfmail@mwc-law.com
      FRANCIS THOMAS TARLECKI    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
      Company ecfmail@ecf.courtdrive.com,   ecfmail@mwc-law.com
      HEATHER STACEY RILOFF    on behalf of Creditor    Seterus, Inc. heather@mvrlaw.com,
      Michelle@mvrlaw.com
      JAMES RANDOLPH WOOD    on behalf of Creditor    Allentown School District jwood@portnoffonline.com,
      jwood@ecf.inforuptcy.com
      JAMES RANDOLPH WOOD    on behalf of Creditor    Public Asset Management, Inc.
      jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
      JAMES RANDOLPH WOOD    on behalf of Creditor    City of Allentown jwood@portnoffonline.com,
      jwood@ecf.inforuptcy.com
      JASON M. RAPA    on behalf of Debtor Saeed  Ahmed-Moghal jrapa@rapalegal.com,
      mrapa@rapalegal.com;ssprouse@rapalegal.com;mhine@rapalegal.com
      JENIECE D. DAVIS    on behalf of Creditor    Seterus, Inc. Jeniece@MVRLAW.COM,   bonnie@mvrlaw.com
      JOHN W. ASHLEY    on behalf of Creditor    Salisbury Township jashley@davisonmccarthy.com
      KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
      bkgroup@kmllawgroup.com
      KEVIN M. BUTTERY    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
      Company kbuttery@rascrane.com
      KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper pa-bk@logs.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
      LORRAINE GAZZARA DOYLE    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE
      MAE") Lorraine@mvrlaw.com,   Diane@mvrlaw.com
      RAYMOND M. KEMPINSKI    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
      Company raykemp1006@gmail.com,   raykemp1006@gmail.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                 TOTAL: 17

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                  : Chapter 13

Saeed Ahmed−Moghal                                                : Case No. 16−16445−amc
        Debtor(s)

***ORDER***
_____

    AND NOW, this day , October 2, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court